UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GOLDWATER BANK, N.A., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ARTUR ELIZAROV, <br><br> Defendant - Appellant, <br><br> and <br><br> UNISON AGREEMENT CORP.; et al., <br><br> Defendants. | No. 22-55404 <br><br> D.C. No. 5:21-cv-00616-JWH-SP <br> U.S. District Court for Central California, Riverside <br><br> **MANDATE** |

The judgment of this Court, entered January 25, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7